UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CHRISTOPHER DENIS WHITE, | ) | CASE NO. C05-1794-JCC-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DISMISSING § 2254 |
| | ) | PETITION WITHOUT PREJUDICE |
| ROBIN ARNOLD-WILLIAMS, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

The Court, having reviewed the petition for writ of habeas corpus, the Report and Recommendation of Judge Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's petition for writ of habeas corpus, and this action, are DISMISSED without prejudice.

/ / /

/ / /

/ / /

(3) The Clerk is directed to send copies of this Order to petitioner and to Judge Theiler.

DATED this 21st day of December, 2005.

*[signature: John C Coughenour]*

John C. Coughenour
United States District Judge

ORDER DISMISSING § 2254
PETITION WITHOUT PREJUDICE
PAGE -2